UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **TRAVAR MONROE GRANT,** | ) |
| Petitioner, | ) Case No. EDCV 11-2038-CJC(AJW) |
| v. | ) |
| **CALIFORNIA OUT OF STATE FACILITY, et al.,** | ) JUDGMENT |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: March 5, 2012

_____
Cormac J. Carney
United States District Judge